United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY GOODS,
Plaintiff,
v.
ROSANA JAVATE,
Defendant.

Case No. 24-cv-01423-PCP

**ORDER OF DISMISSAL**

The Court dismissed Mr. Goods's original complaint with leave to amend. Dkt. No. 7. Mr. Goods subsequently filed five extension requests, each time after his deadline to amend had already passed. When the Court granted Mr. Goods's fifth extension request, it noted that it would be Mr. Goods's "final extension of time" and that if he did not file an amended complaint by the deadline "this action **will** be dismissed." Dkt. No. 19 at 2 (emphasis in original).

Mr. Goods's fifth and final deadline to file his amended complaint has passed, and the Court has not received an amended complaint from Mr. Goods. Because Mr. Goods failed to amend despite opportunity and a warning of the consequences, this action is **DISMISSED** without prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141-42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Mr. Goods believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file an amended complaint in accordance with the Court's previous order **and** a motion with the words MOTION TO REOPEN on the first page.

**IT IS SO ORDERED.**

Dated: September 14, 2026

P. Casey Pitts
United States District Judge